# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    **Plaintiff,**

vs.                                          Case No. 4:16mc18-RH/CAS

**AEQUITAS MANAGEMENT, LLC,**
**et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

On May 3, 2016, Ronald Greenspan, as court-appointed receiver, filed a notice of order granting Plaintiff's motion for appointment of receiver pursuant to 28 U.S.C. § 754. ECF No. 1. In support thereof, a copy of the underlying complaint was been filed, ECF No. 1-1, and a copy of the order appointing Mr. Greenspan as receiver, ECF No. 1-2.

An Order was entered on May 9, 2016, acknowledging the filing, but advising that because no specific relief was requested, no further action would be taken "absent the filing of a motion requesting relief." ECF No. 3.

Nothing further has been filed, and no specific property within the Northern District of Florida has been specifically identified. An Order was entered on July 11, 2016, requiring Plaintiff to demonstrate why this case should remain pending. ECF No. 4. The Order advised that if nothing further was filed by August 3, 2016, the case would be dismissed. *Id.* As of this date, no response was filed and no further action has occurred in this case. It should, accordingly, be dismissed for failure to prosecute pursuant to Rule 41(b).

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on January 30, 2017.

 S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:16mc16-RH/CAS

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.