IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                    CASE NO. 4:16mc18-RH/CAS

AEQUITAS MANAGEMENT, LLC
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The clerk must close the file.

SO ORDERED on March 12, 2017.

                                          s/Robert L. Hinkle
                                          United States District Judge